UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
JAMES GORDON CASEY  
DAWN MARIE CASEY

CASE NO. 06-46678-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

_____Debtors_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JAMES GORDON CASEY<br>DAWN MARIE CASEY<br>22413 HANSON CT.<br>ST. CLAIR SHORES, MI 48080-0000<br>SSN: XXX-XX-7579 or XXX-XX-6097 | N/A | N/A | DEBTOR REFUND | 1267648 | 5/12/10 | $ 4.75 |

DATED: May 21, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    8467621
DETROIT, MICHIGAN 48231-1930

0646678 00000 07414 1267648
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/12/2010                                                                     Check No: 1267648
Payee: CLERK OF US BANKRUPTCY COURT

| 0646678 | JAMES GORDON CASEY & DAWN MARIE CASEY | | | 4.75 | 0.00 | 4.75 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1267648
SunTrust Bank

FOR  JAMES GORDON CASEY and DAWN MARIE CASEY
     BK 0646678 ACCT
     PRIN:   4.75   INT:   0.00

DATE May 12, 2010

AMOUNT **********4.75

PAY  **4.75**
Four And 75 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $4.75
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 06-46678-TJT |
| JAMES GORDON CASEY | CHAPTER 13 PROCEEDINGS |
| DAWN MARIE CASEY | HON. THOMAS J. TUCKER |

           Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**WEIK, CHIMKO & ASSOCIATES
30701 WOODWARD AVE
STE 400
ROYAL OAK, MI 48073-0992**

**Last Known Address for Debtors:**

**JAMES GORDON CASEY
DAWN MARIE CASEY
22413 HANSON CT.
ST. CLAIR SHORES, MI 48080**

| | |
|---|---|
| DATED: May 21, 2010 | /s/ TAMMY L. TERRY |
| | TAMMY L. TERRY, STANDING |
| | CHAPTER 13 TRUSTEE |
| | 535 GRISWOLD |
| | SUITE 2100 |
| | DETROIT, MI 48226 |